IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRANKLIN A. EDWARDS                                              PLAINTIFF

v.                    Case No. 4:10-cv-243-DPM

ARKANSAS STATE HIGHWAY
& TRANSPORTATION DEPARTMENT                         DEFENDANT

JUDGMENT

Franklin Edwards's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 April 2011